**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 359 EAL 2014
                                                    :
                         Respondent          :
                                                    : Petition for Allowance of Appeal from the
                                                    : Order of the Superior Court
                    v.                            :
                                                    :
                                                    :
                                                    :
DALPH D. KENNEDY-CHARLES,        :
                                                    :
                         Petitioner             :

# ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.